165 A.3d 467

**MARBURY, Devin**

v.

**STATE of Maryland**

**Pet. Docket No. 4, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 2657, Sept. Term, 2015).

Petition for writ of certiorari denied

∎

165 A.3d 467

**MCLEAN, Robert**

v.

**STATE of Maryland**

**Pet. Docket No. 126, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 1169, Sept. Term, 2014).

Petition for writ of certiorari dismissed